# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PHILLIP JELKS

NO. 2023 KW 0909

**NOVEMBER 6, 2023**

---

In Re:     Phillip Jelks, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 545208.

---

**BEFORE:    THERIOT, PENZATO, AND GREENE, JJ.**

**WRIT DENIED IN PART AND DENIED ON THE SHOWING MADE IN PART.** Relator's claims concerning defense counsel's failure to subpoena witnesses and the failure to secure an expert are untimely.  In addition, they are waived by his unqualified guilty plea.  See **State v. Crosby**, 338 So.2d 584, 588 (La. 1976).  The petitioner in an application for postconviction relief shall have the burden of proving that relief should be granted.  La. Code Crim. P. art. 930.2. Relator failed to include a copy of the **Boykin** and sentencing transcripts, the criminal court minutes, and any other documents that might support his ineffective assistance of counsel at sentencing claim.  Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.  Any future filing on the ineffective assistance, of counsel at sentencing claim should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**MRT**
**AHP**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT